THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.*
SAMUEL P. HILL, Respondent.

(Argued and decided January 14, 1890.)

*W. H. Johnson* for appellant.

*H. R. Gilbert* for respondent.

APPEAL dismissed on argument.